**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAVID W. TAYLOR**                                                              **PETITIONER**
**Reg. #13549-074**

**v.**                          **CASE NO. 2:20-CV-00071 BSM**

**DEWAYNE HENDRIX, Warden,**
**Federal Correctional Institution,**
**Forrest City, Arkansas**                                                       **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted, and David Taylor's petition [Doc. No. 2] is dismissed without prejudice as to grounds 1 and 2 and with prejudice as to grounds 3 and 4. The pending motions [Doc. Nos. 3, 4] are denied. A certificate of appealability will not issue.

IT IS SO ORDERED this 13th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE