# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DAVID W. TAYLOR**  **PETITIONER**
Reg. #13549-074

v.   CASE NO. 2:20-CV-00071 BSM

**DEWAYNE HENDRIX, Warden,**
Federal Correctional Institution,
Forrest City, Arkansas   **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 13th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE